IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JASON MAZUCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 308-018 |
| | ) | |
| ROBERT ROSIER, Warden of Security, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims for retaliation and rejection of his game containing dice, group punishment, and female officer assignments, as well as Defendants Donald, Kemp, Blair, Georgia Department of Corrections, Corrections Corporation of America, Each and Every Individual Officer Employed by Wheeler Correctional Facility, and Wheeler Correctional Facility are **DISMISSED** from the case.

SO ORDERED this 6th day of November, 2008, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE